CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 30 2008

JOHN F. CORCORAN, CLERK
BY: J. Bright
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TERRY DALE DUNCAN, #319591, ) | |
| Plaintiff, ) | Civil Action No. 7:08-cv-00564 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF STATE, ) | By: Hon. James C. Turk |
| Defendant. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of October, 2008.

_____
Senior United States District Judge